# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1345

_____

Khaim Khaimov,

    Appellant,

  v.

Karolina Zeretsky; Marvin Silver;
Joy Bartscher; Pedro Bahamone;
Dan Larson; Janet Zander,

    Appellees.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

Appeal from the United States
District Court for the District
of Minnesota.

[UNPUBLISHED]

_____

Submitted: July 5, 2001

Filed: July 10, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
  Circuit Judges.

_____

PER CURIAM.

  Khaim Khaimov appeals the district court's preservice dismissal without
prejudice of Khaimov's 42 U.S.C. § 1983 action. Khaimov alleged that various persons
cheated him of his wages, conspired to have him committed to a mental institution and
falsely prosecuted for theft, and committed other wrongs against him. After de novo
review of the record, we conclude dismissal was proper because no federal statutory
right was at issue, see 28 U.S.C. § 1331; none of the named defendants was a state

actor within the meaning of § 1983, <u>see</u> <u>Gentry v. City of Lee's Summit</u>, 10 F.3d 1340, 1342 (8th Cir. 1993); and the court lacked subject matter jurisdiction over any arguably perceivable state law claims, <u>see</u> 28 U.S.C. § 1332.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.